UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

IN RE: AIR CRASH AT BELLE HARBOR,      02 Civ. 1448 (RWS)
NEW YORK ON NOVEMBER 12, 2001          M.D.L. No. 1448 (RWS)

                                      O P I N I O N

------------------------------------X

A P P E A R A N C E S:

    Attorneys for Defendant Airbus S.A.S.

        HOGAN & HARTSON LLP
        Pennzoil Place
        711 Louisiana Street, Suite 2100
        Houston, Texas 77002
        By:   Thad T. Dameris, Esq.
              George F. Hritz, Esq.
              William D. Nussbaum, Esq.
              David J. Weiner, Esq.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

    Attorneys for Defendants American Airlines, Inc.
      and AMR Corporation

        CONDON & FORSYTH LLP
        Times Square Tower
        7 Times Square
        New York, New York 10036
        By:   Desmond T. Barry, Jr., Esq.
              Christopher R. Christensen, Esq.
              Katherine B. Posner, Esq.

**Sweet, D.J.**

The opinion relating to the pending motions by the defendants, not having been filed, is vacated and withdrawn.

It is so ordered.

**New York, NY**
**June /V, 2008**

_____
ROBERT W. SWEET
U.S.D.J.