


UBS International
UBS Financial Services Inc.
1285 Avenue of the Americas, 19th Fl.
New York, NY 10019
Tel 212-713-2098
Fax 201-631-1672
Toll Free 800-566-2086 Ext. 2098
steven.rozencwaig@ubs.com

Steven M. Rozencwaig
Vice President-Wealth Management

Financial Advisor

www.ubs.com

Friday, August 15, 2014

Re: Crash Case #: 02MD1448
Case #: 02CV4728
Elsa Siri Guardian For Jose Siri

Dear Judge Sweet,

As the financial advisor on this account, I have recently received a request from Ms. Siri to send her $2,000 so she can use to pay for clothing and other necessities for school which she cannot personally pay for. She also needs to pay her attorney/accountant to prepare the annual accounts pursuant to SCPA 1719 for the past 8 years for the sum of $6,000. We continue to comply with the Custodial and Investment Advisory Agreement and over the years have limited any payments to pay for Jose's education; where we've paid the tuition directly to the institution. Since these items are not amongst the items spelled out in the Agreement, I am requesting permission for sending her the funds and paying the attorney/accountant. Your help is greatly appreciated.

Sincerely,

Steven M. Rozencwaig
Vice President-Wealth Management

So ordered
Sweet USDJ
8-22-14

UBS International is a division of UBS Financial Services Inc., a wholly owned subsidiary of UBS AG.